**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-CV-00595-WDM-MJW

TAMMY L. CARR,

                                                        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                                                        Defendant.

---

**ORDER GRANTING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S
UNOPPOSED MOTION FOR LIMITED EXTENSION OF EXPERT DISCOVERY**
C Docket No 17 )

---

Upon consideration of the Defendant's Unopposed Motion for Limited Extension
of Expert Discovery, said Motion is hereby GRANTED, and it is

ORDERED that the following discovery schedule shall now apply:

      A.    That the deadline for providing expert disclosure from Dr. Ochoa, or

any other IME doctor, be extended to **December 1, 2008**. This will allow time for

the independent medical examination to take place, and Dr. Ochoa, or any other

IME doctor, to write a report.

      B.    That Plaintiff have until **January 1, 2009**, to disclose any rebuttal

experts to Defendant's IME examiner.

      C.    That the parties have until **February 1, 2009**, to depose

Defendant's IME examiner, or any rebuttal expert to Defendant's IME examiner.

DATED this 2ⁿᵈ day of September , 2008.

BY THE COURT,

~~Walker D. Miller~~
~~United States District Court~~ Judge


MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO